UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREA DUPLECHAIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-00562** |
| **ALGIERS CHARGER SCHOOL ASSOCIATION INC.** | **SECTION: "B"(5)** |

### ORDER

Considering Plaintiff Andrea Duplechain and Defendant Algiers Charter School Association, Inc.'s Joint Motion for a Partial Dismissal with a Reservation of Rights (Rec. Doc. No. 49),

**IT IS ORDERED** that the above-captioned motion is **GRANTED with prejudice** and Plaintiff Duplechain's claims are dismissed. Plaintiff Breland reserves and retains her rights to pursue all her claims.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE