## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREA DUPLECHAIN AND MARA BRELAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-562** |
| **ALGIERS CHARTER SCHOOL ASSOCIATION, INC.** | **SECTION "B"** |

### ORDER

Considering the foregoing Motion to Dismiss (Rec. Doc. No. 52),

**IT IS ORDERED** that the above-captioned motion is **GRANTED.** This case is dismissed with prejudice with each party to bear their own costs.

SIGNED THIS _____1st_____ DAY OF _____August_____, 2013, NEW ORLEANS, LOUISIANA.

_____
UNITED STATES DISTRICT JUDGE